

# Fourth Court of Appeals
## San Antonio, Texas

Monday, March 2, 2015

No. 04-14-00285-CR

Jason Clay **DOTSON**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 379th Judicial District Court, Bexar County, Texas
Trial Court No. 2012CR10439
Honorable Ron Rangel, Judge Presiding

## O R D E R

The State's brief was originally due January 23, 2015; however, the court granted an extension of time until February 23, 2015, to file the brief. The State has filed a motion requesting an additional extension.

We **grant** the motion. We **order** the State's brief due March 23, 2015. Counsel is advised that no further extensions of time will be granted absent a motion that (1) demonstrates extraordinary circumstances justifying further delay, (2) advises the court of the efforts counsel has expended in preparing the brief, and (3) provides the court reasonable assurance that the brief will be completed and filed by the requested extended deadline.

_____
Luz Elena D. Chapa, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 2nd day of March, 2015.

_____
Keith E. Hottle
Clerk of Court